1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net                                    ***E-FILED - 9/17/09***

6  Attorneys for Plaintiff
   Joe Hand Promotions, Inc.
7

8                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
9

10 | Joe Hand Promotions, Inc.,        | CASE NO. CV 09-0680 RMW
11 |                                   |
12 |                    Plaintiff,     | STIPULATION OF DISMISSAL OF
   |                                   | PLAINTIFF'S COMPLAINT
13 |             vs.                   | AGAINST DEFENDANT PAGE RAD,
   |                                   | individually and d/b/a COACH'S
14 | Page Rad, et al.,                 | SPORTS BAR & GRILL
15 |                                   |   AND ORDER
16 |                    Defendant.     |

17
         IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND
18
   PROMOTIONS, INC. and Defendant PAGE RAD, individually and d/b/a COACH'S
19
   SPORTS BAR & GRILL, that the above-entitled action is hereby dismissed **without**
20
   **prejudice** against PAGE RAD, individually and d/b/a COACH'S SPORTS BAR &
21
   GRILL and subject to the Court's jurisdiction to enforce the settlement agreement
22
   reached between the Parties.
23
24 ///

25
26 ///

27 ///
28

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 31, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 16, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 9/16/2009

LAW OFFICES OF HOWARD L. HIBBARD
By: Thomas P. Riley
Attorneys for Defendant
PAGE RAD, individually and
d/b/a COACH'S SPORTS BAR & GRILL

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated: 9/17/09

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 14, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PAGE RAD, individually and d/b/a COACH'S SPORTS BAR & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Howard L. Hibbard, Esquire          Attorneys for Defendant
Law Offices of Howard L. Hibbard
251 Park Road, Suite 800
Burlingame, CA 94010

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 14, 2009, at South Pasadena, California.

Dated: September 14, 2009

_____
CHRISTINA ATHERALL